# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BALLA TOURE** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-7101** |
| | : | |
| **PAMELA BONDI** | : | |
| *Attorney General of the United States,* | : | |
| **ET AL.** | : | |

## ORDER

This 23rd day of December, 2025, Respondent having filed a Certification of Compliance with this Court's Order to Release Petitioner (ECF 7), it is hereby **ORDERED** that this case shall be closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge